Brian M. Dratch*

> Application to adjourn the pre-motion letter practice for 45-days is denied. Plaintiff's counsel is directed to comply with Local Civil Rule 1.4(b) by October 6, 2025.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 29, 2025

Via ECF
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Jude v. NYSDOCCS et al
            7:24-cv-08916-PMH

Dear Judge Halpern:

    This firm currently represents the plaintiff in the above-captioned matter. My firm only recently appeared in this case. Unfortunately, following a telephone call with Mr. Jude earlier today, the attorney-client relationship has broken down. Mr. Jude has filed a letter on the docket with respect to same.

    A pending pre-motion letter practice is due in short order. I am requesting that the Court adjourn the pre-motion letter practice for 45 days to allow sufficient time to take the necessary steps to formally withdraw as counsel.

    Additionally, I wish to advise the Court that Mr. Jude has a companion action pending in the Western District of New York before Judge McCarthy. I am also seeking to withdraw as counsel in that matter. A conference in that case is scheduled for October 7, 2025.

                                                 Respectfully submitted,

                                               Brian M. Dratch, Esq.

BMD/fdj

      BY MAIL
cc;  Steven Jude, DIN #17A0890
       Five Points Correctional Facility