UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STEVEN JUDE,

                              Plaintiff,                    **ORDER**

v.
                                                           24-CV-08916 (PMH)

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

                              Defendants.
----------------------------------------------------------X

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on November 20, 2024. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on November 18, 2025 and the Court entered a briefing schedule. (Doc. 69). The briefing schedule, pursuant to Defendants' request, was extended on December 11, 2025. (Doc. 74). On January 5, 2026, Defendants filed their motion to dismiss. (Doc. 78). Plaintiff's opposition was due by February 4, 2026. To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until March 20, 2026. Defendant's reply, if any, is due April 3, 2026.

      **If Plaintiff fails to file his opposition by March 20, 2026, the motion will be deemed fully submitted and unopposed.  No further extensions of time will be granted.**

      The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

                              **SO ORDERED:**

Dated:   White Plains, New York
              February 18, 2026

                              _____
                              PHILIP M. HALPERN
                              United States District Judge