UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN JUDE,

                    Plaintiff,

          -against-                                      **ORDER**

NEW YORK STATE DEPARTMENT OF                             No. 24-CV-08916 (PMH)
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

                    Defendants.

PHILIP M. HALPERN, United States District Judge:

On March 24, 2026, Defendants filed a stipulation of voluntary dismissal, signed by Plaintiff Steven Jude and defense counsel, dismissing certain Defendants from this action. (Doc. 92). Defendants previously indicated that, should Plaintiff sign their proposed stipulation of voluntary dismissal, Defendants would "request that the Court decide their Motion to Dismiss . . . on the sole issue of Plaintiff's failure to state a failure [to] protect claim" and "would withdraw the remainder of the Motion." (Doc. 83). Accordingly, Defendants are directed to file a letter by March 30, 2026, advising the Court whether they intend to proceed with their pending motion to dismiss. (Docs. 78-79).

SO ORDERED:

Dated:  White Plains, New York
        March 25, 2026

                                        _____
                                        Philip M. Halpern
                                        United States District Judge

1