UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN JUDE,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al.,<br><br>Defendants. | **ORDER**<br><br>24-CV-08916 (PMH) |

PHILIP M. HALPERN, United States District Judge:

On August 11, 2026, plaintiff, *pro se*, and counsel for defendants appeared for an initial conference. The Court directed counsel for defendants to file a letter every thirty days updating the Court on the status of settlement. A Civil Case Discovery Plan and Scheduling Order will be separately docketed. *See* Transcript.

**SO ORDERED.**

Dated: August 11, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge